NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD D. SAVITZ,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7174

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3842, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

## ORDER

Harold D. Savitz moves for an extension of time, until September 28, 2011, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harold D. Savitz
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 5 2011

JAN HORBALY
CLERK